UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

EDUARDO JOSE FUENMAYOR OCHOA,

        Petitioner,

                                            No. 26-CV-3136-LTS

    -v-

MARKWAYNE MULLIN, et al.,

        Respondents.

--------------------------------------------------------x

<u>ORDER</u>

        Petitioner Eduardo Jose Fuenmayor Ochoa has requested leave to file exhibits under seal in support of his petition for a writ of habeas corpus. (<u>See</u> docket entry no. 3.) Those exhibits, however, were placed on the public docket. The Clerk of Court is therefore respectfully directed to temporarily maintain docket entries 3-1 to 3-5 under seal, pending an application for sealed filing that complies with the relevant ECF procedures and further order of the Court.

        SO ORDERED.

Dated: New York, New York
      April 16, 2026

                                  /s/ Laura Taylor Swain
                                 LAURA TAYLOR SWAIN
                                 Chief United States District Judge
                                 Part I