UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO JOSE FUENMAYOR OCHOA,

                Petitioner,

       -against-

MARKWAYNE MULLIN, in his official
capacity as Secretary of the U.S. Department
of Homeland Security, et al.,

                Respondents.

Case No. 1:26-cv-03136 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

       The Court is in receipt of Respondents' April 20, 2026 letter.  *See* Dkt. 11.  In light of Respondents' concession that "this case is not materially distinguishable from this Court's prior decision in *Guzman Andujar v. Francis*" with respect to "whether the statutory authority for Petitioner's detention is 8 U.S.C. § 1226 or 8 U.S.C. § 1225(b)(2)(A)," and thus that "the Court can decide this matter without further briefing," *id.* at 1-2, the Court shall temporarily suspend the parties' briefing schedule and the hearing set for April 29, 2026, in this matter.

       Instead, by **April 24, 2026**, Petitioner shall submit a letter response, not to exceed three pages, addressing Respondents' argument as to the appropriate remedy in this case.  Petitioner's letter shall include whether there is any basis to distinguish this case from this Court's decision in *Guedez v. Catletti*, No. 26-cv-02463 (JLR), 2026 WL 962575 (S.D.N.Y. Apr. 9, 2026).

Dated:  April 21, 2026
      New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge