# EXHIBIT A

**DECLARATION OF JESSICA CORNEJO-MERCADO, ESQ.**
**SUPERVISING ATTORNEY, THE DOOR'S LEGAL SERVICES CENTER**

I, Jessica Cornejo-Mercado, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       My name is Jessica Cornejo-Mercado, and I am a Supervising Attorney with the Detained Minors Project at The Door's Legal Services Center, located at 121 Avenue of the Americas, 3rd Fl, New York, NY 10013.

2.       On April 23, 2026, I conducted a legal visit with Eduardo Jose Fuenmayor Ochoa at Orange County Correctional Facility located at 110 Wells Farm Rd, Goshen, NY 10924, where he is currently under ICE detention.

3.       Eduardo explained the conditions of his current detention under medical quarantine. Specifically, he explained that he is always alone and does not have a cellmate or anyone to interact with. He is allowed to leave his cell only at around 8:00 AM each morning for either a shower or a phone call that can take no more than 15 minutes. He recounts that, at times, he has been forced to choose between speaking to his family or taking a shower.

4.       Eduardo stated that he can walk just a few steps during this 15 minute interval, but then he is taken right back to his cell until the next morning. He remains in his cell all day except for receiving a phone call or, for example, today's legal visit. There is nothing to do inside his cell. He was given a tablet to use for calls with his family, but it often does not work. The tablet has a radio on it, but it does not work either. He does not get books, puzzles, or any other activities to work on during his isolation. He is also not receiving any sort of educational programming, classes, or reading materials.

5.       Eduardo recounted that he eats his meals inside his cell, completely alone. There is a sink in his cell where he gets his drinking water. He has not been provided with a cup or other drinking receptacle, so he resorts to cupping his hand under the running water in the sink to get only a small sip of water. He stated that he sometimes saves the milk cartons from the morning to use as a cup, but these disintegrate with time. He has asked at least twice for a cup but was told they do not have any.

6.       Eduardo stated that the officers make rounds in the jail about every 30 minutes to an hour, which reminds him he is trapped, jailed. Eduardo also stated that the officers at the Orange County Correctional Facility have not addressed his concerns and most of them do not speak Spanish. For example, he did not get to take a shower or make a phone call for the first 2 to 3 days and lacked essentials such as a toothbrush and toothpaste, comb, cup, or other drinking receptacle.

7.       Eduardo stated, "I'm losing my mind in that room."

8.       Eduardo explained that he wrote letters asking for help and met with a mental health professional possibly named, "Dr. Russel." Dr. Russel does not speak Spanish but used a translator application to communicate with Eduardo when they finally spoke. Dr. Russel told Eduardo that he would try to help him with getting his necessities and shortly after he finally got

a toothbrush and toothpaste on or around April 17, 2026. He had not been able to brush his teeth before that date.

9. Eduardo explained that he still has no cup and he continues to use his hand to scoop water from the sink into his mouth. He has no access to shampoo and told me he is starting to get crusts all over his scalp and his hair has been falling out.

10. Eduardo has not seen any other mental health professional apart from the conversation with Dr. Russel for supplies. He recounted hearing other inmates shouting that they want to kill themselves, or banging their heads against the walls and screaming. He stated he feels like he is losing his mind. Eduardo does not get recreation time, no activities to do, but rather stares at a wall all day. He feels he cannot find calm with all the screaming around him.

11. Eduardo explained that at first he would try to do some physical workouts inside his cell, but no longer feels up for it anymore. He appeared dejected and sad from across the glass of the meeting room through which we spoke on a telephone. He has a hard time sleeping, a loss of appetite, and is losing his hair. He stated that the food is very bland and strange, he cannot tell what it is by looking at it, so he barely eats.

12. Eduardo told me that when he first arrived at the jail, he was asked about his mental health, including questions about whether he felt like harming himself. However, no one has asked him again after that initial questioning. Eduardo states he does not want to harm himself, but he is struggling. He often thinks of his family and his sister. He told me about how she got a new apartment for them both to live in after his release, with his own room, bed, and television. They were looking forward to being together again. But this hope was crushed when suddenly, he was taken by ICE instead.

13. Eduardo explained to me that he is in medical quarantine right now, but quarantine is only supposed to last for about 7 days. The other inmates have come and gone within a week and only Eduardo seems to stay. He has been in quarantine since about April 5, 2026 until today, April 23, 2026, for a total of 18 days and counting.

14. Only yesterday, April 23, 2026, did Eduardo finally get to see a doctor or nurse apart from Dr. Russel. However, this medical professional did not check his arm where he has a bullet wound that he flagged is now oozing pus. The appointment was only for the purpose of finally administering the tuberculosis test, which she explained is the whole purpose of the medical quarantine.

15. Inmates are supposed to get the tuberculosis test when they arrive and be released from quarantine once they clear the test. Eduardo asked why it then took so long for him to get the test and the doctor said, "we didn't know you were here." Eduardo had written many letters and filled out some forms requesting to see a doctor at this point. On Sunday, April 19, 2026, he was told he could finally see a doctor, but it did not happen until yesterday, April 22, 2026. Based on what the doctor or nurse told him, the results should be ready in 2 to 3 days and, if cleared, he can be with the other inmates within the facility.

16. Eduardo told me that while in ORR detention, he had been taking some medication for anxiety as well as for sleep, including Melatonin and maybe Benadryl as well. He

has not received his medications, except for a pain pill yesterday during his medical appointment. This was after he flagged to the doctor or nurse that his arm was hurting and oozing pus. The doctor did not check his arm and only gave him a pain pill before sending him on his way back to his cell.

17.     Despite his current isolation and detention, which he stated feels like an injustice, he hopes to be released to his family and pursue his education further. He was only able to make it to the 11th grade so he would like to get his GED. Additionally, he would like to study to become an electrician.

18.     Another interest he has is in joining the U.S. Military if he is able to. He recounted that ever since he was a small boy, he dreamed of being a police officer to "be someone" and teach others to be good and follow the law. He dreams of being able to succeed and show his family he really made something of himself.

19.     Eduardo stated with visible frustration and dismay that he has no open criminal charges, he completed his probation, "so why am I here? I have not hurt anyone to belong in jail."

20.     Eduardo stated he had a lot of hope of reuniting with his sister, only for it to be snatched away. He explained to me that overall, counting his ORR detention and now jail, he has been detained in some form for almost a year.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in River Edge, New Jersey.

_____
Jessica Cornejo-Mercado, Esq.
Executed this 23rd day of April 2026