# EXHIBIT B



www.theyoungcenter.org

Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI| New Jersey |

*Via electronic mail*

April 1, 2026

| | |
|---|---|
| Officer Chabert Eugene | Office Juan Pizzaro-Gutierrez |
| Deportation Officer, Juvenile Case | Deportation Office, Juvenile Case |
| Management Unit | Management Unit |
| Field Office Juvenile Coordinator | Field Office Juvenile Coordinator |
| New York City Field Office | New York City Field Office |
| Enforcement and Removal Operations | Enforcement and Removal Operations |
| U.S. Immigration and Customs Enforcement | U.S. Immigration and Customs Enforcement |

**Re:** <u>**Child Advocate Best Interests Determination in Sup ort of the Release on Recognizance of Eduardo Jose Fuenmayor Ochoa,**</u> ▨

Dear Officers Eugene and Pizzaro-Gutierrez,

The Young Center for Immigrant Children's Rights serves as federally appointed Child Advocate for Eduardo Jose Fuenmayor Ochoa, A ▨▨▨▨▨ n October 24, 2025, the Office of Refugee Resettlement (ORR) appointed the Young Center to serve as Eduardo's Child Advocate, pursuant to the William Wilberforce Trafficking Victims Protection Reauthorization Act (TVPRA).[1] Please see attached as Exhibit A our ORR Child Advocate Recommendation and Appointment form. As the Child Advocate, we identify and represent the best interests of particularly vulnerable unaccompanied young people, like Eduardo, and develop determinations related to their custody, detention, release, legal representation, and repatriation.

**As Eduardo's Child Advocate, we have determined that it is in Eduardo's best interests to be released on his own recognizance to his sister, Ms. Maria Fuenmayor.** Eduardo turns 18 on April 4, 2026. If an unaccompanied child in ORR care reaches 18 years of age and is transferred to the custody of the Department of Homeland Security (DHS), DHS is obliged to "consider placement in the least restrictive setting available after taking into account the [young person's] danger to self, danger to the community, and risk of flight."[2] Eduardo's sister, Ms. Fuenmayor, who lives in Norman, Oklahoma, has agreed to receive Eduardo, and placement with her is the least restrictive setting available for him. Eduardo is neither a danger to himself nor the community, nor is he a flight risk.

---

[1] 8 U.S.C. §1232(c)(6)(A).
[2] 8 U.S.C. §1232(c)(2)(B).



www.theyoungcenter.org
Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI| New Jersey |

## I.    CASE SUMMARY[3]

Eduardo is 17 years old. Eduardo's sister, Ms. Fuenmayor, lives in Norman, Oklahoma, and their sibling relationship was confirmed through DNA testing. Ms. Fuenmayor wants to receive her brother and has agreed to pay his bus fare to Norman, Oklahoma. Reuniting with his sister is very important for Eduardo, as Ms. Fuenmayor is his support system.

Eduardo was placed into ORR care on August 8, 2025, at Children's Village Staff Secure in New York. He was stepped down to Children's Village Shelter on October 3, 2025, due to his good behavior and compliance with rules. He was then transferred to Abbott House Shelter on January 29, 2026. During his time in ORR care, he has not attempted to abscond and, in fact, has engaged in group activities.

## II.    BEST INTERESTS DETERMINATION: IT IS IN EDUARDO'S BEST INTERESTS TO BE RELEASED ON HIS OWN RECOGNIZANCE TO HIS SISTER, AS IT IS THE LEAST RESTRICTIVE SETTING FOR EDUARDO AND THERE IS NO REASON TO BELIEVE THAT HE POSES A DANGER TO HIMSELF OR HIS COMMUNITY, NOR IS HE A FLIGHT RISK.

As Eduardo's Child Advocate, we are charged with recommending a course of action that will safeguard his best interests. We assess best interests by considering a child's expressed wishes, their safety and well-being, as well as liberty, identity, development, and family integrity.[4]

The TVPRA states that DHS "shall consider placement in the least restrictive setting available after taking into account the [young person's] danger to self, danger to the community, and risk of flight" for a minor who turns 18 and is transferred to DHS's custody.[5] A young person is "eligible to participate in alternative[s] to detention programs…which may include placement…with an individual or an organizational sponsor...."[6] Additionally *Garcia Ramirez v. ICE*, stipulates that for "each and every age-out, DHS must (1) take into account the statutory factors, (2) do so as it considers placing the age-out in the least restrictive setting available, and (3) make the age-out eligible for the identified alternative to detention options."[7]

---

[3] The details in this section are based on information gathered from Eduardo and the stakeholders involved in his case.

[4] *See* Subcomm. on Best Interests, Interagency Working Grp. on Unaccompanied and Separated Children, *Framework for Considering the Best Interests of Unaccompanied Children* 5, 9-11 (2016). Members of the Subcommittee include DHS, HHS, the Department of State, and the Department of Justice.

[5] 8 U.S.C. §1232(c)(2)(B).

[6] *Id*.

[7] *Garcia Ramirez v. U.S. Immigration and Customs Enforcement*, No. 18-508, 152 (D. D.C. July 2, 2020).



www.theyoungcenter.org
Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI| New Jersey |

Eduardo does not pose a danger to himself nor to the community. Though Eduardo has had interactions with law enforcement in the past, he is finishing probation stemming from theft charges when he lived in Texas. His probation agreement states that he will complete probation upon turning 18 if he meets regularly with his probation officer, attends school, and stays away from bad influences. Eduardo has met these conditions and is set to finish his probation on April 4, 2026. Though Eduardo has had behavioral incidents while in ORR care, it is imperative to understand these incidents in the context of Eduardo's history of trauma and exploitation. The Office on Trafficking in Persons recognized Eduardo as a victim of a severe form of human trafficking. Eduardo has faced abuse and exploitation as a child. In his clinical sessions, he has worked on identifying triggers and coping skills due to these past traumatic experiences. Moreover, Eduardo has remained at the shelter level of care since October 3, 2025, due to his overall good behavior. Eduardo also recently underwent surgery on his arm and is currently at high risk of a blood clot and a collapsed lung as a result of the surgery. Releasing Eduardo to the community would allow him to continue rehabilitation and to receive the medical care that he needs.

Eduardo is not a flight risk. To our knowledge, Eduardo has not attempted to leave ORR custody. Eduardo's sister has agreed to receive Eduardo and to accompany him to any ICE check-ins and assist him in finding legal representation. Additionally, Eduardo has been screened for legal relief.

Releasing Eduardo to his sister, Ms. Fuenmayor, would be the least restrictive setting available to Eduardo. Pursuant to federal law, DHS must consider this as an alternative to detention. Releasing Eduardo to Ms. Fuenmayor would allow him to receive medical care, while living with his sister, his main support system, thus preserving the family unit.

## III.    CONCLUSION

Eduardo ages out of ORR care on April 4, 2026. His sister, Ms. Fuenmayor, has agreed to receive Eduardo and accompany him to any ICE check-ins or future court hearings. Eduardo is not a danger to himself or his community, nor is he a flight risk. As a victim of human trafficking, a placement in ICE detention would not provide Eduardo with the supportive environment he requires for rehabilitation after his arm surgery and to help him cope with his history of trauma. **We believe it is in Eduardo's best interests to be released on his own recognizance, as it is the least restrictive setting available.**

If there are any questions, please do not hesitate to contact me at fcanessa@theyoungcenter.org or at 646-937-0677.

Sincerely,



www.theyoungcenter.org

Chicago, IL | Harlingen, TX | Houston, TX | Los Angeles, CA |
New York, NY | Phoenix, AZ | San Antonio, TX |
Washington, DC | Grand Rapids, MI| New Jersey |



Fernanda Canessa, Esq.
TVPRA-Appointed Child Advocate

CC:     Dalilah Negrete, Esq., Staff Attorney, The Door's Legal Services Center
        Tamaris Marquez, Lead Case Manager, Abbott House
        Diana Flores, Case Manager, Abbott House
        Mariana Valdez, Federal Field Specialist
        Rebecca Rittenhouse, Senior Managing Attorney – New York, Young Center