THE DOOR
Where Young People Thrive

*By ECF*

September 9, 2026

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Fuenmayor Ochoa v. Mullins, et al.,* (26 Civ. 3136)

Dear Judge Rochon:

On April 29, 20026, the above captioned petition was granted to the extent that Petitioner requested a bond hearing, which was held on May 4, 2026. We now write jointly to ask the court to enter judgment and close this case.

We thank the Court for its consideration of this letter.

Respectfully Submitted,

Beth D. Baltimore
THE DOOR'S LEGAL SERVICES CENTER
121 Avenue of the Americas, 3rd Floor
New York, New York 10013
917-701-9130
bbaltimore@door.org

s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov